## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 1:17-cr-081 |
| | : | |
| vs. | : | Judge Timothy S. Black |
| | : | |
| BRIAN D. JONES, | : | |
| | : | |
| Defendant. | : | |

## ORDER DEFERRING DEFENDANT'S VOLUNTARY SURRENDER

This case is before the Court on Defendant's motion to defer his voluntary surrender date.  (Doc. 26).  The U.S. Pretrial Office has also provided the Court with Defendant's relevant medical documentation.

On November 22, 2019, this Court sentenced Defendant Brian D. Jones to serve a term of fifty-one months imprisonment in the custody of the Bureau of Prisons ("BOP"). (Doc. 19 at 1-2).  The Court further permitted Defendant to voluntarily surrender to the designated BOP facility, on a date to be determined by the U.S. Marshals.  (*Id*.)  On March 31, 2020, the Court deferred Defendant's date of voluntary surrender until June 1, 2020.  (Doc. 23).

On May 28, 2020, Defendant filed the instant motion, seeking to defer his voluntary surrender date due to his current medical status.  (Doc. 26).  On May 29, 2020, the Court received further confirmation and medical documentation of Defendant's health from the U.S. Pretrial Office.  Defendant has been tested for COVID-19 and is currently awaiting the results.

2

Given Defendant's current health, and in light of the overwhelming public interest in preventing the continued spread of COVID-19, Defendant's motion to defer voluntary surrender (Doc. 26) is **GRANTED**.  Accordingly, the Court **DEFERS** Defendant's voluntary surrender date until **Monday, July 27, 2020**.

**IT IS SO ORDERED.**

Date:  5/29/2020

Timothy S. Black
United States District Judge